# November~RENT~~2006

| Name/Address | Previous Balance | Current Balance | Amount Received | Date Received | Days Late | Late Fees Due | Ending Balance | lease end date/ status | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 701 C FIVE OAKS Sara Goldston RENT $ 150.00 | $0.00 | $150.00 | $150.00 | | 0 | $0.00 | $0.00 | December 15, 2006 | |
| 701 B FIVE OAKS MELISSA COTTON RENT $425.00/278-5468 | $200.00 | $625.00 | $400.00 | | 4 | $20.00 | $245.00 | month to month | payment arrangements 2x per month- didn't pay according to the schedule |
| 703 A FIVE OAKS REGINA JONES/520-4641 RENT $ 345.00 | $0.00 | $345.00 | $345.00 | | 0 | $0.00 | $0.00 | month to month | |
| 703 B Five Oaks Shelicia Mathews Rent $345.00/520-1047 | $170.00 | $515.00 | $345.00 | | | | $170.00 | December 31, 2006 | payment arrangements 2x per month |
| 707 A Five Oaks SILAS BRADFIELD Rent $425.00/397-4319 | -$205.00 | $220.00 | | | | | $220.00 | June 2007 | credit of $60.00 for 3 grass cuts, credit of $150 for painting |
| 705 B Five Oaks Sharon & Robbie Burney Rent $345.00 /274-2366 | $170.00 | $515.00 | 175.00(+ $170 credit) | | | | $170.00 | month to month | timesheets need to be submitted for March a-June rent credit $170 balance from Feb rent super check cashed can't submit until Feb caught up. |
| 705 A Five Oaks Rent $345.00 / Alicia Young | -$345.00 | $0.00 | | | | $40.00 | $40.00 | June 30th, 2007 | received a full deposit - July free. Needs to pay $40 for credit check |
| 709 A Five Oaks Tamela Herring Rent $425.00 /276-9109 | $60.00 | $485.00 | $425.00 | | 4 | $20.00 | $80.00 | month to month | |
| 709 B Five Oaks BETTY FORBUS/$145.00 Rent $425.00/520-2310 | $0.00 | $145.00 | $145.00 | | | | $0.00 | July 2006 | probably will have to move for not passing a Section 8 inspection b/c backstairs |
| DMHA~ $309.00 | $0.00 | $309.00 | $309.00 | | | | $0.00 | | |
| 714 Five Oaks RENT $646.00/ $ VACANT | $0.00 | $150.00 | $150.00 | | | | $0.00 | trying to rent Section 8 | trying to get Section8 to approve the lease - house needs work |
| DMHA ~$378.00 | $0.00 | | | | | | $0.00 | | |
| 633 Forest Asia Roberts Rent $325.00 /226-7371 | $1,850.00 | $2,175.00 | $1,100.00 | | | | $1,075.00 | month to month | Made payment arrangements has paid extra each month |
| 635 Forest Mark White/586-6675 Rent $325.00 | $0.00 | $325.00 | $325.00 | | | | $0.00 | month to month | |
| 637 Forest STEVEN HOLLEY RENT $325.00 | $20.00 | $345.00 | $300.00 | | 15 | $50.00 | $95.00 | month to month | |
| 639 Forest Rent $325/VACANT | | | | | | | | VAC | available for rent, 1 bedroom apartment |
| 256 KENILWORTH AVE RENT/$650.00/Cicily Ross/Anthony Harris 278-1411 | -$398.00 | $252.00 | $400.00 | | 0 | $90.00 | -$58.00 | June 30th, 2007 | 90 in fees for balance of credit check and deposit |
| 339 Kenilworth Nicole Luckett Rent $650.00 /274-7329 | $1,613.00 | $2,263.00 | $0.00 | | | $50.00 | $2,313.00 | moving out | payment arrangements, pays close to rent each month |
| 367 KENILWORTH Mr. Moon RENT/$724.95/559-0011 | $65.95 | $790.90 | $700.00 | | | | $90.90 | October 31, 2006 | called to say it will be the 15th. |
| 425 kenilworth Rent $714/VACANT Sarina Tisdale 718-7720 | -$4.05 | $141.90 | $150.00 | | | | -$8.10 | 5/1/2007 | |
| Section 8 425 Kenilworth | | $593.00 | $593.00 | | | | | | |

| Name/Address | Previous Balance | Current Balance | Amount Received | Date Received | Days Late | Late Fees Due | Ending Balance | lease end date/status | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 518 KENILWORTH RENT$ 724.99/Shonna &Lee Phipps | $0.00 | | | | | | $0.00 | July 1, 2007 | new applicant - Section 8, made a deposit |
| Section 8    518 kENILWORTH | | | | | | | | | |
| Lalonne House 139/141 Monmouth 256-4546 | $520.00 | $1,040.00 | | | | | $1,040.00 | month to month | got a new PO from UD listing rent as $520.00 per month for a year |
| 28 Mumma ROBERTRA CONNER Rent $300.00 /520-6029 | $50.00 | $350.00 | $150.00 | | | | $200.00 | June 30, 2007 | pays 2 times a month- will pay difference in August |
| 30 Mumma Sydney Storm    Rent $300.00/ 313-6178 | $50.00 | $350.00 | $175.00 | | | | $175.00 | June 30, 2007 | pays 2 times a month |
| 43 W. MUMMA Ryan Higgins $650.00 RENT $650.00/ 603-1004 | $0.00 | $325.00 | $325.00 | | | | $0.00 | June 30, 2006 | paid a deposit and a half month |
| 65 Neal Ave Rent $600.00/559-0165 | $0.00 | | | | | | $0.00 | VAC | moved out |
| DMHA ~ $600.00 | | | | | | | $0.00 | | |
| 67 Neal Ave sect. 8 $308.00 DAMON HARRIS Rent $650/He pays-333 | $298.84 | $631.84 | $300.00 | | 4 | $20.00 | $351.84 | June 2007 | section 8 no longer paying as of 4/1/06 house didn't pass because of poor housekeeping |
| Section 8 67 Neal Ave $317 per month VACANT | $0.00 | $317.00 | $317.00 | | | | $0.00 | | moved out - VACANT |
| 306 Orinoco Rent $750.00/ VACANT | | | | | | | | VAC | VACANT |
| PACE House Rent $2,800 DARIA/228-7223 | $5.00 | $2,805.00 | $2,800.00 | | 2 | $10.00 | $15.00 | ? | leaving in 5 months |
| 18 Richmond Ave. Pauline/226-3252 Rent $500.00 | $725.00 | $1,225.00 | $300.00 | | | | $1,550.00 | September 30th, 2006 | started paying 2 x per month -payment arrangements |
| 46 Rockwood Ave VACANT    Rent $700/ | $0.00 | | | | | | $0.00 | VAC | VACANT |
| 136 Victor Ave Jessica Holt Rent $525/279-0166 | $0.00 | $525.00 | $525.00 | | 0 | | $0.00 | month to month | |
| 32 Warder St Patricia Lyons/223-1275 Rent $700 + $24.95 Sec. | $0.00 | $724.95 | $724.95 | | 0 | | $0.00 | VAC | VACANT |
| 40 Warder St/643-9299 KEISHAUNA BEASLEY Rent/$724.99/365.99 | -$5.05 | $360.94 | $420.00 | | 2 | $10.00 | -$49.06 | March 2007 | |
| DMHA ~$ 359.00 | $0.00 | $359.00 | $359.00 | | 0 | | $0.00 | | |
| 65 WARDER ST. Jeanette Taylor RENT $450/277-6504 | $0.00 | $450.00 | $450.00 | | 0 | | $0.00 | month to month | |
| 62 WARDER ST. ALISHA PITTS/684-1084 RENT/$575.00+24.99 | $4,648.94 | $5,248.93 | | | | | $5,248.93 | VAC | VACNT |
| 121 Wroe Ave Rent $575/vacant | $0.00 | | | | | | $0.00 | VAC | VACANT |
| | | | | | | | $12,964.51 | | |
| Total Rent Money | $13,778.85 | | | | | | | | |

| Name/Address | Previous Balance | Current Balance | Amount Received | Date Received | Days Late | Late Fees Due | Ending Balance | lease end date/ status | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| Total Rent Collected | | $12,682.95 | | | | | | | |
| Total Rent Un-Paid | | $1,095.90 | | | | | | | |